UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIARAH QUINCY-KAMAZZ BROAD BYNUM,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>STANISLAUS COUNTY SUPERIOR COURT,<br><br>　　　　Respondents. | Case No.  2:25-cv-2085-JDP (P)<br><br>ORDER |

　　　Petitioner, a county inmate proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On August 20, 2025, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has not filed objections to the findings and recommendations.

　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　　1. The findings and recommendations filed August 20, 2025, are adopted in full;

1

2. Petitioner's motion for temporary restraining order, ECF No. 5, is DENIED; and

3. This matter is referred back to the assigned magistrate judge for all further pretrial matters.

Dated:  September 22, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE