UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIARAH QUINCY-KAMAZZ BROAD-BYNUM,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>STANISLAUS COUNTY SUPERIOR COURT,<br><br>　　　　　　Respondents. | Case No.  2:25-cv-2085-WBS-JDP (P)<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 5, 2025, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has not filed objections to the findings and recommendations.

Although it appears from the file that petitioner's copy of the findings and recommendations was returned, petitioner was properly served.  It is the petitioner's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

1     The court has reviewed the file and finds the findings and recommendations to be
2 supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3 ORDERED that:
4     1.  The findings and recommendations filed December 5, 2025, are adopted insofar as
5 consistent with this Order;
6     2.  This action is DISMISSED without prejudice for failure to state a claim and failure to
7 prosecute as set forth in the August 20, 2025 order;
8     3.  The court declines to issue the certificate of appealability referenced in 28 U.S.C.
9 § 2253; and
10     4.  The Clerk of Court is directed to close the case.
11 Dated:  December 22, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE