UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIARAH QUINCY-KAMAZZ BROADUS-BYNUM,<br><br>                    Petitioner,<br><br>          v.<br><br>STANISLAUS COUNTY SUPERIOR COURT,<br><br>                    Respondent. | Case No.  2:25-cv-2085-WBS-JDP (P)<br><br>ORDER |

On December 23, 2025, this case was dismissed for failure to state a claim and for failure to prosecute.  ECF No. 13.  On December 29, 2025, petitioner filed a request for order to show cause, ECF No. 15, wherein he raises various claims related to his confinement.  He alleges, for instance, that correctional officers have interfered with his legal mail in retaliation for filing grievances, *id.* at 2, that he is subject to inhumane conditions of confinement, *id.* at 3, and that a correctional officer used excessive force against him, *id.* at 4.  Petitioner's request is denied for two reasons.  First, this case is closed, and his request does not identify any legal grounds for reopening it.  Second, the issues raised in the request do not implicate the validity of petitioner's conviction.  Rather, they allege that the conditions under which he is incarcerated violate his rights.  He may bring these claims, if he chooses, by filing a new action under section 1983.  The Clerk of Court shall send him a complaint form with this order.  If he elects to pursue his claims,

1

he must file his complaint as a new action.

It is, therefore, ORDERED that:

1.   Petitioner's request for order to show cause, ECF No. 15, is DENIED.

2.   The Clerk of Court shall send petitioner a section 1983 complaint form with this order.  Petitioner may file this complaint as a new action.

IT IS SO ORDERED.

Dated:    May 5, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2